**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY C. WOODS, an individual; and LASHAY B. WOODS, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and LAD-MB, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-04448-FMO-AGR<br><br>**ORDER ON STIPULATION [11] TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Fernando M. Olguin |

    Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: July 7, 2023

                                  /s/ Fernando M. Olguin_____
                                  United States District Judge
                                  Central District of California